In the Matter of the Application of HENRY WYMAN, Respondent, for an Order Directing the Ancillary Executors under a Codicil to a Will of GEORGE H. THEISS, Deceased, to Deliver and Turn Over to Him Certain Property Claimed to Be Withheld from Him by the Said Ancillary Executors. GEORGE GILCHRIST, FRANK E.

BLISS and EDWARD B. SWINNEY, Doing Business as GILCHRIST, BLISS & Co., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the ancillary executors, respondents. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.